UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Crystal Weaver Brown,<br>For K.M., Minor on behalf of K.M.,<br><br>    Plaintiff,<br><br>vs.<br><br>Andrew Saul, Commissioner of Social<br>Security Administration,<br><br>    Defendant. | Civil Action No. 5:20-cv-2422-SAL-KDW<br><br>ORDER |

On June 25, 2020, Plaintiff, proceeding pro se, filed this action appealing a denial of social security benefits. Defendant filed a copy of the administrative record on April 1, 2021. ECF No. 36. Plaintiff's brief in support of her appeal was due by April 30, 2021 (plus three mailing days). *See* Local Civ. Rule 83.VII.04 (D.S.C.); *see also* ECF No. 37. In the July 13, 2020 order authorizing service of this matter the court provided express instructions advising Plaintiff that her brief would be due within 30 days after Defendant filed the answer and administrative record. ECF No. 10. Plaintiff was further advised of what her brief needs to contain. *Id.* To date, however, Plaintiff has not filed her brief, nor has she communicated with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **May 24, 2021 (plus three mailing days)**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

May 10, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge